Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

DEC 05 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

Lynchburg Division

|  |  |
|---|---|
| Richard Joseph McHugh | ) Case No. 6:17cv00082 |
| | ) *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | ) |
| | ) |
| American Iodine Company Inc., Pantheon FZE, Cosayach Compañía de Salitre y Yodo, Niokem Inc. | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | ;Richard Joseph McHugh |
| Street Address | 1300 Radcliff Ave |
| City and County | Lynchburg |
| State and Zip Code | VA 24502 |
| Telephone Number | (434) 444-7191 |
| E-mail Address | richardjmchugh@outlook.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | American Iodine Co. Inc. ( wholly owned subsidiary of Pantheon) |
| Job or Title *(if known)* | Alpesh Parmar CEO? |
| Street Address | 5600 Tennyson Parkway suite 180 |
| City and County | Plano |
| State and Zip Code | Texas 75024 |
| Telephone Number | 972 403-7444 |
| E-mail Address *(if known)* | rajarman@americaniodine.com    www.americaniodine.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Pantheon fze |
| Job or Title *(if known)* | Kalpesh Kinariwala (Director?) Hiren Vora, Natraajan Rajaraman |
| Street Address | Office No. S10122A2014,Emirates  Unit No. 104,Jebel Ali Free |
| City and County | Jebel Ali, Dubai, UAE |
| State and Zip Code | Dubai 17889 |
| Telephone Number | +9724 4470705 |
| E-mail Address *(if known)* | info@pantheonfze.com  kalpesh2@gmail.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Niokem Inc. |
| Job or Title *(if known)* | |
| Street Address | 237 Handsome Drive |
| City and County | Waynesville  Haywood County |
| State and Zip Code | NC 28785 |
| Telephone Number | (282) 926-0199 |
| E-mail Address *(if known)* | www.niokem.com |

**Defendant No. 4**

| | |
|---|---|
| Name | Cosayach Compañia de Salitre y Yodo |
| Job or Title *(if known)* | John Porter |
| Street Address | Amunátegui 178 Floor 4th. |
| City and County | Santiago - Chile |
| State and Zip Code | |
| Telephone Number | +56 2 25406087 |
| E-mail Address *(if known)* | www.cosayach.com jporter@grupoerrazuriz.cl |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Ammendment US Constitution, Freedom of Information Act, National Labor Relations Act
US Dept of Labor FLSA Recordkeeping Misclassification of Employees, Uniform Commercial Code
US Code Chapter 47, 18 U.S. Code Code § 1001, § 1018 § US. Dept. of Treasury United Kingdom
Treaties 1995.2001, 18 U.S.C. Sec. 1546, 18 U.S.C. Sec. 1001, 15 U.S. Code § 54

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* Richard Joseph McHugh , is a citizen of the State of *(name)* Virginia .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)*     American Iodine Co. Inc          , is incorporated under the laws of the State of *(name)*     Texas                              , and has its principal place of business in the State of *(name)*   Texas                              .

Or is incorporated under the laws of *(foreign nation)*  _____ ,

and has its principal place of business in *(name)*  _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

The original lawsuit from them was $200,000 and the  Counterclaim was $75,000. I believe they also owe for a great deal more as the fuller truth has come out in the last 30 days. Additionally they tried to levy their legal fees on me $2000.  .

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. Breach of Contract My pay agreement was changed by them many times and they failed to maintain control or them. 2. Wrongful termination: Fried to cover up Pantehon loss of US distributoship. 3. Employee rights violated no reviews, verbal abuse and a culture of mistrust and deceit. 4. Pattern of doing things the cheapest waty at the expense of compliance and fidelity. 5 Misuse of Employees personal data and identity. 6. Prevention of Preformance 7. Fired for speaking the truth about customer and employee perception. 8. Misclassification of employee and ambivolent payroll deduction recording. 9.Destruction of employees good name and reputation. 10 False advertising 11. Changing and obfuscation on crtical documents. 12. Unlawful reequests for employees to complete federal and banking documents that the officers should have done. (increase individual exposure and limit theirs) 13. Intentioanlly falsifying reports about US activity and my role. 14. Preferential treatment of overseas business to the detriment of US. 15, Ignoring all govt laws on payday responsibilities. 17. Failure to have a froum to remedey such problems. 18 Failure to create needed backups of cricial documents/daatabases. 19. Failure to communicate packaging concerns and create accountability of practices. 20 ISO 9000 violations. 21: Intrusion into the personal emails and cellphones of employees. 22. Fictiitous banking documents presented to employees. 22. Market Collusion with Cosayach and the other distributors to hurt AICI. 23 Covering behavior up by character assination and false accusations of employees. 24 Misleadingof Texas Workforce Commission to avoid paying me. 25: Deceptive and unlawful Hiring and Firing practices 26:Intentionally creating a false impression of the state of the business to mine owners and employees. 27. DOING THIS REPEATEDLY GLOBALLY TO MANY OTHERS.  28. Ignoring responsible GMP, fiduciary responsbiity and good ethics in favor of profits and treating US employees and customers like a commodity to be discarded after "USE"

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

This lawsuit is for $100,000,000.00 in actual and punitved damages.
I am seeking $60,000 for 2016 uncaptured wages and "perfomance bonus" 2014 and 2017 I should receive an extra $55,000/yr for prevention of performance $110K. Backpay of $94,000.00 for the months of June till Dec. 2017 for wrongful termination. This $12.9/month continues through litigation as per NRLB 10J injunction precedent. They will show they have paid 2017 taxes at appropriate rate. They will pay all applicable taxes on this actual damage as an employer. They may either show all Niokem/Norkem/Pantheon/SAM/Pyramid sales for curde ioding at10% commission due me or $125,000 in the absence of that number.Credit damage is assessed at $25,000 and legal and hardship costs are $25,000.  This brings the total to $439,000.00  Punitive damages against documented desires for the use of my name and bio and reputation for gain are $400,000. Permanent damage in my "right to work" field will be the remaining 12 years at $224K/yr and the same for ruining my reputation  That will be $5.376.000.00  Credit and bank and other agency standing will be $120,000.For the griefa nd anguish you palced me and my family under there will be an additional $600,000.  Punitive total is $6.5 million.  So that makes the total $6,935,000.00.  The rest may be dispersed globally to the dozens of families and individuals that have been hurt over the years by the behavior of the defendant/s. May this and other such lawsuits that are turned around on the originators of the original false lawsuit serve as a beacon of hope for all of those without voice of forum who do not enjoy the laws and freedoms of this country.  We all share in the common grace of life and are mutual in our desire to see justice and mercy meted out to the end of the common good of all.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:              12/05/2017

Signature of Plaintiff

Printed Name of Plaintiff     Richard McHugh

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**B.    For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____